United State District Court

Northern District of Indiana

Hammond Division

-FILED-

NOV 27 2023

Chanda J. Berta, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

Ganzeh Whittenburg )
Plantiff )
              )
              )
Cause No: 2:23-cv-420
              )
Defendant Lake county facility )
Telmate )

The Defendant Name and who the

Telmate First Unknown Last   Telmate Technician-Lake county facility,

Have you ever sue Anyone for these exact claims? Yes or No

If yes attach copies of the Final Judgment or additional sheet listening the court case

number, filing Date, Judgment Date, And Results of the previous case

Claims And facts (write a short And plain statement stating what each Defendant

Did wrong, using simple English words And sentences

Do Not use legal or mathe legal Arguement Explain when, where, why, And how it

Happen Include Every fact neccessary to explain your case And Describe your Injury

or Damage

Number Any Document you attach And Refer to them by number in your complaint

Do Not Include minor

Do not Include social security number or Date of Birth

Use each Defendant Name Every time you refer to that Defendant

Number your paragraph

Relief: If you win this case what do you want the court to order the Defendant

to Do? your Pain And Suffering psychological, And Emotional Stress compensation I leave to the court

to Determine how much compensation I recieve, I would like the courts to change the

Face Recognition to a thumb print to login to your Telmate Account And tablet Account.

On the vide visit app inside the facility Remove the Inmates Family Email Address, phone

Number, Bill, Grade on the tablets telmate Machine Also you shouldn't have to allow Getting out.com to take picture And Audio of your

video visit in order to get a vined visit what are those pictures being used for

Inmate, video visit show on the tablet even when the tablet is off the Charger, The tablet

allow calls on every tier Now that protect custody has to be house with segregation

Are you paying the filing suit Yes or No $402.00

[signatures]

I under stand Im resspensible to notify the Defendant About this case And Require by Federal Rule of Civel procedure 4, that means if you want the Clerk to sign.

Are A summit you prepare to summit And commit to the clerk? (yes) or no

Im filing A metion to precceed in Federal pauporis and Asking the courts to notify the Defendant about this case. (yes) or no

Initial each statement GLW.

I would lkeep A copy of each Complaint for my Record? (yes) or no

I would preperly notify the courts if any Changes of Address? (yes) or no

I Declare under penalty and perjury that the statment in this complaint Are true? (yes) or no

Sincerely
Genett Whatter
November 21, 2023

CIVIL SUIT FILING

Telmate

CLAIMS AND FACTS                    REF # 171504340

I WAS CONTAINED WITHIN THE FACILITY IN LAKE COUNTY JAIL CROWNPOINT INDIANA, WHILE INCARCERATED IN THE FACILITY IN LAKE COUNTY JAIL CROWNPOINT INDIANA, I WAS ARRESTED BY CRIME ON MARCH 20, 2022 AND THE NEXT OF BEING ON W/C POD I LOGIN INTO THE TELIMATE AND SEEN SOMEONE LOG INTO MY ACCOUNT IN THE EVENING OF MARCH 20, 2022 MAKING IT IMPOSSIBLE TO BE ME BECAUSE I WAS LOCKED DOWN ON W/C POD. TELIMATE UNKNOWN AND LAKE COUNTY JAIL POLICE, DETECTIVE, FEDERAL AGENT, AND CORRECTIONAL OFFICER UPLIFT THE FACE RECOGNITION ON CERTAIN TIER FOOD INMATE TO LOG INTO OTHER INMATES AND GET THERE FAMILY INFORMATION OFF OF THE VIDEO APP, LOOK AT THEY GRIEVANCE AND REQUEST, ETC TO HELP LAKE COUNTY JAIL WITH ANY CIVIL MATTER, CRIMINAL MATTER, ETC AGAINST THE FACILITY OF LAKE COUNTY JAIL

USDC IN/ND case 2:23-cv-00420-PPS-ARR   document 1   filed 11/27/23   page 5 of 28

CLAIMS And FACTS

In the CHS JAIL It was brought to my Attention you could use Anyone Account As long As you have that Other Person pin number the fact Recognition Dont work Inmate to Inmate steal other Inmate family Email Address And phone Numbers Also Allow Inmate to know why In ORDER to except A VIDEO VIST you have to Allow Getting out . COM App to take pictures And Audio OR you want have Allowed A VIDEO VIST.

CLAIMS AND FACT                                                      unknown because I

AM @ August 23, 2022 While Being Housed in HVE-DE1 About 4 Earnest Hooper, unknown First Farley, unknown

Dont remember All they NAMES but About 4 Earnest Hooper, unknown First Farley, unknown

AKA AD, And the Rest of the tier was speaking on my Grievances And Request And I

Never Spoke on none of the issue, Im in 23/1 hour seting, And theres No tablets.

One Man come out for Dayroom At A time making this impossible for those the tier

35A to know Any thing on my Grievance nor my Pin number

CLAIMS AND FACTS          REFF# 200404002          GW          #4.

USDC IN/ND case 2:23-cv-00420-PPS-APR   document 1   filed 11/27/23   page 7 of 28

On September 5, 2022 After being Housed on 4th Floor A Hall Inmate Avery Prada
was Speaking on Specific Details of my Grievance and Request At this point I Had
only been Housed on 4th Floor A-Hall for less than A week I Never been Around Anthony
Prada Before Being on 4th Floor A-Hall And I Never Discuss None of my Grievances & over
Requests And Again Another 23/1 Hour Setting

Document Statement Of Fact

RtPH 205894652    GW    FD

In October 3, 2022 I was using the telmate booth by my self I wrote A Grievance and In A matter of minutes of me Returning to the 4th Floor A-Hall Anthony Drada, Mark Cleman, Willie Jones were all spying I am im a snitch and if I go to the penitorionry I'm gone get rape and killed because whatever Grievances and Request I put in in Lake County Jail, Another telmate follow me to Indiana prison I requested a new pin number And still the same thing where ever I go

Claims and Fact          Ref# 207 39185          Con          #6

While Being Housed on the 4th Flour A-Hall the tablet Does Not Allow video visit Nor text In the cell of the 4th Floor A-Hall. (This would be able to prove Alot of things) I later Found out the tablet Dont Allow Calls or text In None of the 4th floor Period Allegations Claim su Diller I I War

TElmate login process

GRIEVANCE # ~~~~ 1

#7

Response 4/1/2022    login process    REF# 171504542

File 3/31/2022

Note 3/30/2022    Loc: 3SC    Curr WC    Report Spike    Help Nothing

someone login to my account on 3SC using they face my pin number has been

change since then But this issue need to be fixed the face recognition Does not work

why body could log into Someone account And Steal they Family email As well phone

number please Fix this issue Immediatly thankyou

Ref# 358561061 Grievance Drawing Lake County law library Refuse to Give me 1983 Form. I wrote United States Districts Courts and call the Public Defender Office Mildren Sease Shaton pland legal States Lake County Jail Support to Give you 1983 Forms

Ref# 358559881 for not Giving me copies OF Grievance And Request

Grievance Temmate Trace Login

Finger Print

# $ 2

Response 4/1/2022 Telmate Face logon process REF# 171500730

File 3/31/2022

001 3/22/2022 Loc 3SC Creative pod Report none Help none

The above grievance is concerning the fact in the old facility inmate can log into someone else's Telmate As long As they put they pin number the face recognition does not work And needs to be fixed. People can steal other people family email addresses As well as phone numbers. thank you

Telmate #3

USDC IN/ND case 2:23-cv-00420-PPS-APR   document 1   filed 11/27/23   page 16 of 28

Response ~~~~~~~~ 9/5/2022   Telmate   Ref# 19731.2242   #3

Ref @ 8/23/2022

DUE 8/23/2022   LOG 3SA   CURR 3SA   Report Spike   Help Clearly Nothing

still Have the Same pin number

in Grievance the fact that the while 3SA Tier is Speaking on Specific Data Being

My Grievances And Request I wrote to Telmate asking for a different Pin number

still Nothing I then Had this Problem before I Find it Striking ODD for

Terminated the Grievance #1 & #2

Grievance Telmate #3

someone to have my own weapon, and I'm in a 2-3/1 have setting, and I never been on a tier with none of those guns

CONTINUANCE

Tellmate PhoNumber #84

GRIEVIANCE

...purpose 7/6/2022 my Telmate pin number being shared with inmate

File 9/6/2022                    ICCFF# 200909002   PJ

OUI 9/6/2022

Loc 4th floor A Cell 22   4th floor A   Report N/A   Help N/A

...m Grievance the fact since September 2 2022 I have strong reason to believe that Clo are giving Detainees on the current ToD I'm on my pin number

TEI MATE

10        PIN # 84

because I Hear people Speaking of Specific grievance and request I wrote
as well Also in Fact IP that's with the case C/O Are Sharing this information

Information Telmate

Grievance #s

...ponse 10/6/2022   Log into my telmate Account   REF# 205894652

...le 10/6/2023

...on 10/3/2022 Loc 4th Flr² Cell 24th Flr A Report N/A C/O Are possibly
...sponsible Held Nothing

...n October 3, 2022 I was using the telmate booth by myself I wrote a
...rievance containing A certain situation and in a matter of minutes inmates
...n the above tier was discussing my Grievance in the hallway And once the
...er this A ongoing process I have to constantly switch pin number I'm
...equesting whichever using my pin number be Held Accountable And who
...ever controlling the telmate booth be Held Accountable I'm Also Re...

15

Information
Continuance
GRIEVANCE #195

Requesting the full uncut footage of this incident be reviewed and stored

GRIEVANCE

#6 — TELMATE ISSUE

WOULD BE ABLE
to prove Alot of
things

Response 10/15/2022     Telmate tablet Not Allowing calls in cell

File 10/13/2022               Ref #20739;852

Out 10/13/2022

Loc 4th Floor A   Curr 4th Floor A   Report N/A Staff Responsible Help Nothing
The Above Detainee is grievancing the fact that the telmate tablet on the
4th Floor A does not allow calls to the tablet while in the cell which is
Struggling add note the fact Any other tier in the Facility that has tablet
Allow video visit calls in the cell but you just cant see the visit Im Re-
questing this Be Reviewed