AO 450 (Rev. 01/09)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

GARRETT WHITTENBURG
    Plaintiff

v.   Civil Action No. 2:23-cv-420

LAKE COUNTY FACILITY

TELMATE

TELMATE TECHNICIAN
*unknown first, unknown last, Lake County Facility*
    Defendants

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

☐  the Plaintiff(s), _____ recover from the Defendant(s) _____ damages in the amount of _____, plus post-judgment interest at the rate of ____ %

☐  the plaintiff recover nothing, the action is dismissed on the merits, and the defendant recover costs from the plaintiff _____

**X**  Other: This case is DISMISSED pursuant to Federal Rule of Civil Procedure 41(b).

This action was (*check one*):

☐ tried to a jury with Judge _____
presiding, and the jury has rendered a verdict.

☐ tried by Judge _____
without a jury and the above decision was reached.

**X** decided by   Judge Philip P. Simon.

DATE:   2/22/2024         CHANDA J. BERTA, CLERK OF COURT

                          by     s/N. Corle
                          *Signature of Clerk or Deputy Clerk*